*John S. Beard and John C. Avery,* for Plaintiff in Error.

*Blount & Blount and Fred T. Myers,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.

---

The Wheeler & Wilson Manufacturing Company, Plaintiff in Error, vs. E. E. Johns, Defendant in Error.

Writ of error to Circuit Court Bradford county.

*Thomas E. Bugg,* for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

C. C. Yonge, Plaintiff in Error, vs. F. S. Haines, Defendant in Error.

Writ of error to Circuit Court Escambia county.

*John C. Avery,* for Plaintiff in Error.

*Blount & Blount,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

J. E. Yonge and Letitia Yonge, his wife, Plaintiffs in Error, vs. Edward W. Haines, Defendant in Error.

Writ of error to Circuit Court Escambia county.

*John C. Avery*, for Plaintiffs in Error.

*Blount & Blount*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.